**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VINCENT HALL-WADLEY,** <br> *Plaintiff,* <br> **v.** <br> **MAINTENANCE DEPARTMENT,** *et al.,* <br> *Defendants.* | **CIVIL ACTION NO. 19-193** |

## ORDER

**AND NOW**, this 27th day of June 2019, upon consideration of Defendants' Motion to Dismiss [Doc. No. 11], Plaintiff's response thereto [Doc. No. 13], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.  Accordingly, all federal claims and state law claims against the Defendants are **DISMISSED WITHOUT PREJUDICE**.

2.      Plaintiff is **GRANTED** leave to file an Amended Complaint as to his § 1983 claims against Defendants,[1] no later than **July 19, 2019**.  If Plaintiff does not file an Amended Complaint, then the federal claims will be dismissed with prejudice, and Plaintiff may refile his state negligence claims in the appropriate state court, if he so chooses.

3.      The Clerk is directed to **CLOSE** this case statistically.

**IT IS SO ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**

---

[1] As noted in the Memorandum Opinion, the only remaining Defendants are Jerry Thorton and Chester County.